# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INVENTEL.TV LLC and Yasir Abdul on behalf of itself and, all others similarly situated,<br>        Plaintiff,<br><br>-against-<br><br>ITRIA VENTURES LLC, Biz2Credit Inc., John Does 1-10<br>        Defendants. | DOCKET # 1:22-cv-1059<br><br>NOTICE OF DISMISSAL WITHOUT PREJUDICE |

NOTICE IS HEREBY GIVEN THAT:

WHEREAS the Court has not yet certified any class pursuant to FRCP Rule 23 and therefore any limitation under FRCP Rule 23(e) is inapplicable;

WHEREAS Defendants have not yet filed nor served any responsive pleadings or motions, and court order is not required pursuant to FRCP Rule 41 (a)(1)(A);

NOW THEREFORE, named Plaintiffs, INVENTEL.TV LLC and Yasir Abdul hereby voluntarily dismiss this action without prejudice.

Dated: February 25, 2022
Rockaway, New Jersey

SO ORDERED
/s/ [signature]
JSDJ
3-7-22

s/ Jeffrey Lubin
Jeffrey Lubin, Esq.
InvenTel.tv
200 Forge Way, Unit 1
Rockaway, NJ 07866
Tel: 973-531-4423
Email: jeff@inventel.tv
Attorney for Plaintiffs

1